UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER J. SMITH (#31105)

VERSUS

SHERIFF ELECT CRAIG WEBER, ET AL.

CIVIL ACTION

NO. 17-396-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated July 31, 2017 (doc. no. 3) to which No objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, this matter is TRANSFERRED to the Eastern District of Louisiana for further proceedings. Further, a determination regarding Plaintiff's right to proceed as a pauper herein is deferred to the transferee court for resolution and disposition.

Signed in Baton Rouge, Louisiana, on August 16, 2017.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**